664

No. 677. McKee *v.* Johnston, Warden. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Frank McKee, pro se.*

No. 686. Bostic *v.* Rives, Superintendent. February 26, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Martin S. Vilas* for petitioner.

No. 709. In re Edmond C. Fletcher. February 26, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond C. Fletcher, pro se.*

No. 645. Manton *v.* United States; and

No. 646. Spector *v.* Same. February 26, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. Justice Stone and Mr. Justice Murphy took no part in the consideration and decision of these applications. *Messrs. William E. Leahy* and *William J. Hughes, Jr.* for petitioner in No. 645. *Mr. Harry E. Ratner* for petitioner in No. 646. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. John T. Cahill, William W. Barron, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 658. Carolina, Clinchfield & Ohio Railway *v.* Sarah Good Hosiery Mills, Inc. February 26, 1940.

Petition for writ of certiorari to the Supreme Court of North Carolina denied for the want of a final judgment. *Messrs. J. W. Pless* and *Kester Walton* for petitioner. *Mr. J. Y. Gordan, Jr.* for respondent.

No. 633. SHAKESPEARE COMPANY *v.* ENTERPRISE MANUFACTURING CO. ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William S. Hodges* for petitioner. *Messrs. Arthur C. Denison* and *A. L. Ely* for respondents.

Nos. 641 and 642. CARNEGIE-ILLINOIS STEEL CORP. ET AL. *v.* COLD METAL PROCESS CO. February 26, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Merrell E. Clark* and *John E. Jackson* for petitioners. *Messrs. Thomas G. Haight* and *Walter J. Blenko* for respondent.

No. 644. NATIONAL BISCUIT CO. *v.* SEYMOUR ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William C. Cannon* and *Ralph E. Cooper* for petitioner. *Mr. John L. Seymour* for respondents.

No. 657. SHARPE *v.* COMMISSIONER OF INTERNAL REVENUE. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Paul F. Myers* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,*